1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BILLY COY COCHRAN,                          No. 1:15-cv-01388-DAD-BAM

12                 Plaintiff,

13         v.                                     ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS, AND DISMISSING
14   S. SHERMAN, et al.,                          CERTAIN CLAIMS AND DEFENDANTS

15                 Defendants.                    (Doc. No. 51)

16

17         Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights

18   action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On March 16, 2017, the assigned magistrate judge screened plaintiff's first amended

21   complaint and found that it stated a cognizable claim against defendants Sherman and Barba for a

22   violation of his First Amendment rights to freedom of religion.  (Doc. No. 28.)

23         On December 21, 2017, the magistrate judge re-screened plaintiff's first amended

24   complaint, recognizing that a recent Ninth Circuit opinion, *Williams v. King*, 875 F.3d 500 (9th

25   Cir. 2017), had held that a magistrate judge does not have jurisdiction to dismiss claims with

26   prejudice absent the consent of all parties, even if the plaintiff has consented to magistrate judge

27   jurisdiction, as plaintiff had.  (Doc. No. 51.)  Concurrently, the magistrate judge issued findings

28   and recommendations recommending that the undersigned dismiss the claims found to be non-

                                               1

cognizable. (*Id.*) The parties were given fourteen days to file objections to those findings and recommendations. No objections were filed and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of plaintiff's case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.  The findings and recommendations issued December 21, 2017 (Doc. No. 51) are adopted in full;

2.  This action shall continue to proceed only on plaintiff's claim against Defendants Sherman and Barba for a violation of his First Amendment rights to freedom of religion; and

3.  All other claims and defendants are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:  **January 17, 2018**

UNITED STATES DISTRICT JUDGE